# EXHIBIT C


MYPRIZE US
Sign Up and Claim!
WELCOME BONUS
For new players! Play for free, win big, and claim free coins!
FREE
BONUS
SIGN UP
Continue with Google
Continue with Twitter
Continue with Facebook
Continue with Apple
Sign Up with Email
Referral Code
I am over the age of 18 and agree to the Terms of Use (updated as of June 1, 2024) and Privacy Policy
Already have an account? Log in
NEON FRAMES
KENO
CRYPTO JACKPOTS
MERGE UP 2