# EXHIBIT D

# <u>MyPrize US Sweepstakes Official Rules</u>

**NO PURCHASE OR PAYMENT OF ANY KIND IS NECESSARY TO ENTER OR WIN. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.**

The sole sponsor/promotor of the Sweepstakes (defined below) is My Technology, Inc., 382 NE 191st Street #44358, Miami FL 33179 ("**<u>Sponsor</u>**" or "**MyPrize US**").

PARTICIPANTS IN THE SWEEPSTAKES (DEFINED BELOW) MUST REGISTER AND MAINTAIN AN ACCOUNT WITH MYPRIZE US AND ACCEPT THE ***TERMS OF USE*** ("**TERMS**"), WHICH IN TURN INCORPORATE AND APPLY TO THESE OFFICIAL RULES. THESE OFFICIAL RULES GOVERN AND CONTROL THE SWEEPSTAKES OFFERED BY MYPRIZE US AND ARE CONSIDERED TO BE PART OF THE TERMS. PLEASE NOTE THAT THESE RULES INCORPORATE SECTION 14 OF THE TERMS, WHICH INCLUDE MANDATORY BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISIONS. ANY CAPITALIZED TERMS NOT EXPRESSLY DEFINED IN THESE OFFICIAL RULES HAVE THE MEANING SET FORTH IN THE TERMS.

## 1. Eligibility

The MyPrize US Sweepstakes (the "**Sweepstakes**") is open only to legal residents of the United States (excluding Nevada, Idaho, Michigan, Montana, Hawaii, Louisiana, and Washington, and where otherwise prohibited) who are eighteen (18) years of age or older at the time of entry. Void where prohibited by law.

The following individuals are not eligible to enter or win a prize: officers, directors, employees, agents and representatives, of the Sponsor, its parents, subsidiaries, affiliated companies, and marketing agencies, or of any other parties involved in the administration of the Sweepstakes (Sponsor, collectively with the foregoing, the "**Sweepstakes Parties**") and each of the immediate family members of such excluded individuals (i.e., spouses, parents, children, siblings and the "steps" of each) and all persons living in the same household of each.

By participating in this Sweepstakes, entrants ("**Entrants**" or "**Participants**" or "**you**") agree to be bound by these official rules ("**Official Rules**") and by the decisions of the Sponsor, which shall be final in all matters relating to the Sweepstakes. Winning a prize is contingent upon fulfilling all requirements set out in these Official Rules. If a Participant is, in the Sponsor/Promoter's best judgment, determined to have participated in unethical behavior, the Sponsor/Promoter reserves the right to limit or exclude the Participant from the Sweepstakes.

The Sweepstakes is subject to all applicable federal, state, provincial, territorial and local laws and regulations. It is the sole responsibility of a Participant to determine whether the Sweepstakes is legal and compliant with all regulations in the jurisdiction in which the Participant resides.

## 2. Overview

MyPrize US gives away sweepstakes entries referred to as "**Sweeps Cash**" as set out in these Official Rules. Sweeps Cash can be used to participate in sweepstakes games for a chance to accumulate eligible Sweeps Cash that can be redeemed for cash and prizes ("**Prize**") subject to the terms of these Official Rules.

**3. Sweepstakes Entry Period**

The Sweepstakes as set forth in these Rules begins on the first day of the current month at 12:00:00 a.m. EST and is scheduled to end on the last day of the current month at 11:59:59 p.m. EST. Sponsor's computer is the official time keeping device for the Sweepstakes, and the duration, dates, and times are subject to change at the Sponsor's sole discretion (each such period, a "**Sweepstakes Period**").

**4. How to Collect Sweeps Cash**

NO PURCHASE NECESSARY AND NO ENTRY FEE, PAYMENT OR PROOF OF PURCHASE IS NECESSARY TO PARTICIPATE.

A. **Mail-In Entry (No Purchase Necessary)**: Authorized Account Holders in the United States (except those Authorized Account Holders located in the excluded states set forth in Section 1) may receive four (4) Sweeps Cash per Sweepstakes Period by entering into the Sweepstakes by mail (a "**Mail-In Entry**"). Each Authorized Account Holder shall be limited to one (1) Mail-In entry per Sweepstakes Period, and each valid Mail-In Entry shall entitle the Authorized Account Holder to four (4) Sweeps Cash. To participate, Authorized Account Holders shall:

   a. Have a verified MyPrize US account;

   b. Address and deliver a standard, white, one-sided, unfolded, unlined #10 envelope, from the same state as the Authorized Account Holder's verified residential address to MyPrize US @:

      My Technology, Inc.
      Attn: Sweepstakes Entry
      2810 N Church St PMB 549724
      Wilmington, Delaware 19802-4447

      NOTE: THE ADDRESS AND ALL INFORMATION ON THE #10 ENVELOPE MUST BE HANDWRITTEN.

   c. Include the following information on a standard, white, one-sided, unfolded, unlined 4x6 index card in the same order as follows:

      i. the Authorized Account Holder's full name as shown on the Authorized Account Holder's government issued identification;

      ii. the e-mail address registered to the Authorized Account Holder's MyPrize US account;

iii. the Username registered to the Authorized Account Holder's MyPrize US account;

iv. the residential address registered to the Authorized Account Holder's MyPrize US account;

v. Include the following handwritten statement on the 4x6 index card:

"Sweepstakes Entry! I wish to receive Sweeps Cash to participate in the [INSERT CURRENT MONTH AND YEAR] Sweepstakes Contest offered by MyPrize US. By submitting this request, I hereby declare that I have read, understood and agree to be bound by MyPrize US's Terms of Use and Sweepstakes Rules."

vi. IMMEDIATELY BENEATH THE HANDWRITTEN STATEMENT, THE AUTHORIZED ACCOUNT HOLDER MUST (I) SIGN THE INDEX CARD AND (II) WRITE THE DATE OF SIGNATURE IN MM/DD/YYYY FORMAT;

NOTE: ALL SUCH INFORMATION LISTED ON THE 4X6 INDEX CARD MUST BE HANDWRITTEN.

**MUST MAIL THE ENVELOPE WITHIN 3 DAYS OF SIGNING THE INDEX CARD. THE DATE OF SIGNATURE ON YOUR SWEEPSTAKES ENTRY MUST BE WITHIN THE CURRENT SWEEPSTAKES PERIOD. LIMIT ONE MAIL-IN ENTRY PER OUTER ENVELOPE, ALL INFORMATION SHALL BE LEGIBLE AND SUITABLE FOR MACHINE PROCESSING (SUBJECT TO THE SOLE DISCRETION OF MYPRIZE US). MYPRIZE US RESERVES THE RIGHT TO DISQUALIFY ANY MAIL-IN ENTRY FOR FAILURE TO SATISFY ANY OF THE TERMS SET FORTH ABOVE OR INCLUDING MORE THAN ONE SUBMISSION PER INDEX CARD OR OUTER ENVELOPE.**

B. **PURCHASE OF GOLD COINS:**

A LICENSE TO USE GOLD COINS MAY BE PURCHASED ON THE PLATFORM THROUGH ONE OF THE PAYMENT METHODS AVAILABLE ON THE WEBSITE.

a. A purchase allows you to use licensed Gold Coins to participate in the games available on the Website.

b. You agree that MyPrize US, and/or any of its third-party vendors, may store your payment information to process future purchases. By accepting these Official Rules and the Terms, you authorize MyPrize US to store your payment credentials in compliance with applicable regulations.

c. Purchases of Gold Coins are nonrefundable, will not, and cannot be refunded to you. Gold Coins do not have any real money value.

d. The purchase authorizing you to use 1,000 Gold Coins may come with one (1) complimentary Sweeps Cash for you to enjoy and participate in the Platform Sweepstakes.

C. **DAILY ENTRY -** You may claim complimentary Sweeps Cash each day by logging into the website, complying with the Terms, and following the instructions provided by MyPrize US.

D. **COMMUNITY ENGAGEMENTS AND PROMOTIONS –** MyPrize US, including MyPrize US's Affiliates and personnel (including 3rd parties expressly authorized by MyPrize US), shall organize engagements and promotions during each Sweepstakes Period on social media and within the website. Participants in such engagements and promotions shall have the opportunity to receive complimentary Sweeps Cash. Each such promotion will include rules, terms, and amounts of Sweeps Cash available in each engagement and promotion, and all such promotions and engagements shall not require any purchase necessary to enter and participate.

E. **XP PROGRAM:**

By registering for an account, you will automatically be enrolled in MyPrize US's XP Program ("**XP Program**"). There are no membership fees associated with the XP Program, no purchases necessary, and no fees to join.

Subject to the Terms and the Official Rules, you can earn virtual points ("**XP**"), by taking certain actions during each Sweepstakes Period, achieving certain milestones on the website, and engaging within the MyPrize US community.

Subject to the XP Terms, found HERE, XP Points may enable you to redeem Sweeps Cash for no purchase or additional consideration.

Sweeps Cash may also be forfeited if a participant's customer account is closed for any reason, including at the Sponsor's discretion.

### 5. Odds of Winning

The odds of winning will vary for each game or contest, and will be published by MyPrize US, visible to all participants, on the Platform. The Participant will select the game and use Sweeps Cash to play. The Participant's win expectancy (odds of winning a Prize) shall vary and be a function of the Participant's choices.

### 6. Using Sweeps Cash to Play Games

Entrant must be the Authorized Account Holder of the e-mail address used in connection with the Entry. The "**Authorized Account Holder**" is defined as the natural person to whom the e-mail address is assigned by an internet service provider, online service provider or other organization (e.g., business, educational institution, etc.) that is responsible for assigning e-mail addresses for the domain associated with the submitted e-mail address.

Participants with Sweeps Cash can use their Sweeps Cash to play sweepstakes games on the Platform for a chance to win additional Sweeps Cash. Sweeps Cash accumulated through game play can be redeemed for cash and prizes of monetary value in accordance with these Rules.

Only games played with Sweeps Cash provide the opportunity to win additional Sweeps Cash that may be redeemed for cash and prizes subject to these Rules.

Sweeps Cash that have been won through game play (rather than collected using one of the methods described in Section 4 above) and are accumulated by Participant may be redeemed for a prize, subject to maximum and minimum prize redemption amounts stated in Section 7. Sweeps Cash possess no real monetary value and may only be used to request a prize redemption to be approved and processed by the Sponsor. Approval is subject to participant completing all verifications to confirm eligibility and adherence to all Sweepstakes Rules and Terms of Use of the Platform.

The use of automated or systematic methods of play to win and/or redeem Sweeps Cash for cash and prizes is strictly prohibited. Utilizing methods such as utilizing multiple accounts and identities and other collusive methods are not permitted and may result in account closure and forfeiture of Sweeps Cash, in the sole discretion of Sponsor.

Sponsor's decisions as to the administration and operation of the Sweepstakes, the game and the amount of winnings are final and binding.

Sweeps Cash obtained by any method in Section 4 are not immediately available for redemption of a Prize and must be used at least once in a Sweeps Cash game before they shall be considered eligible toward a Prize redemption request. Sponsor may, in its sole discretion, require that any Sweeps Cash allocated to a Participant must be used more than one time (not exceeding 50 times) in any combination of Sweeps Cash games before they are eligible to be redeemed.

Sponsor reserves the right to change the Prize win rates and payout odds of any of the games at any time. A participant can obtain the actual and any amended details of any game at the point of entering an amount to play in the game. It is a participant's responsibility to check the Prize available on each occasion before they participate.

**7. Verification & Confirmation of Potential Winners**

**POTENTIAL SWEEPSTAKES WINNERS ARE SUBJECT TO VERIFICATION BY SPONSOR/PROMOTER (IN ANY MANNER IT MAY CHOOSE) AND THE DECISIONS OF SPONSOR ARE FINAL AND BINDING IN ALL MATTERS RELATED TO THE SWEEPSTAKES. A PARTICIPANT IS NOT A WINNER OF ANY PRIZE, EVEN IF THE ONLINE SCREEN INDICATES THEY ARE, UNLESS AND UNTIL THE PARTICIPANT'S ELIGIBILITY AND THE POTENTIAL WINNING PLAY HAS BEEN VERIFIED AND THE PARTICIPANT HAS FULLY COMPLIED WITH THESE OFFICIAL RULES AND BEEN NOTIFIED THAT VERIFICATION IS COMPLETE. SPONSOR/PROMOTER WILL NOT ACCEPT SCREEN SHOTS OR OTHER PURPORTED EVIDENCE OF WINNING IN LIEU OF ITS VALIDATION PROCESS**.

Participants may be required to successfully complete a Know-Your-Customer ("**KYC**") Verification process provided by the Sponsor to validate eligibility to participate before redeeming any prize. This may include, but is not limited to, providing proof of a valid government-issued photo identification, biometric facial scan recognition, proof of address, and validation of SSN.

We may carry out additional verification procedures for any single or cumulative of prizes valued at $600 or more, and we reserve the right to carry out such additional verification procedures in the case of a request to redeem any amount.

We reserve the right to run external verification checks on all cardholders with third party credit agencies on the basis of the information provided on registration.

Where any identification, credit or other verification check we require cannot be completed to our satisfaction because you have not provided any document we request from you in the form that we require within 30 days of the date the document was first requested, the redemption request will be disqualified and deemed null and void. In addition, we shall be under no obligation to continue with the verification check and may in our sole discretion deactivate your customer account.

Potential prize winners must comply with these Official Rules, and winning is contingent upon fulfilling all requirements.

A potential prize winner may be required to sign and return to Sponsor an affidavit/declaration of eligibility, and liability/publicity release (except where prohibited) in order to claim his/her prize.

If a potential winner cannot be contacted, fails to properly execute and return any required affidavit/declaration of eligibility and liability/publicity release within the required time period (if applicable), fails to comply with these Official Rules, or if the Prize or Prize notification is returned as undeliverable, that potential winner forfeits the Prize.

**8. Prizes and Prize Claims**

Subject to these Terms and Conditions, prizes shall be allocated to the customer account and paid or sent to the email address and/or bank account associated with your account. We will only communicate with persons using the email address registered and associated with the account.

The right to receive a Prize cannot be transferred or assigned. No cash or other prize substitution is permitted, except at the sole discretion of the Sponsor. The Prize is subject to availability, and if the Prize cannot be awarded for any reason, Sponsor reserves the right in its sole discretion to substitute the Prize with one of comparable or greater retail value.

Each winner is solely responsible for all federal, state, local, or other applicable taxes associated with the acceptance and use of the Prize. Each winner agrees and acknowledges that Sponsor may be required to withhold and remit a portion of Prize value to comply with applicable tax laws. Each winner also agrees to provide Sponsor with a valid social security number or any other information Sponsor may require in connection with applicable tax reporting or withholding requirements or other laws or regulations.

All costs and expenses associated with Prize acceptance and use not specifically provided herein are the responsibility of the winner.

Sponsor reserves the right to charge handling and/or payment processing fees for processing the redemption of Prizes.

The maximum redemption of a prize won by a single participant during any calendar day is limited to $3,000 a per User per day basis, and is limited to the value of US $5,000 in Florida and New

York per Sweepstakes Period ("**Maximum Redemption**"). Any requested redemption in excess of the Maximum Redemption will not be paid to the participant during the period, but must be deferred until the next Sweepstakes Period.

We reserve the right, in our sole discretion, to refund purchases in lieu of processing a prize redemption.

You acknowledge and agree that it in some circumstances it may take up to 30 days to process the payment of any redeemed Prizes to you. Redemption of prizes may experience delays due to our identity verification process. Prizes of $600 of more may require a longer processing time than usual due to security and fraud checks and may also be allocated in more than one equivalent lump sum. We make our best efforts to process requests within the quoted amount of time but do not guarantee processing times for prizes.

We will only process one prize redemption request per customer account in any 5-day period, subject to adjustment on a per customer basis.

You acknowledge and agree that we may, in our sole discretion, from time to time, appoint one or more payment administration agents to accept payments from players on our behalf. A payment administration agent will have the same rights, powers and privileges that we have under the Terms and these Rules and will be entitled to exercise or enforce their rights, powers and privileges as our agent or in their own name. In no event shall we be liable to any player for any loss, damage or liability resulting from the payment administration agent's negligence and/or acts beyond the authority given by us.

Sweeps Cash may be forfeited if a customer account is deactivated due to a violation of our Terms or for any reason, or at our discretion.

If we mistakenly credit your customer account from time to time with prizes that do not belong to you, whether due to a technical error, human error or otherwise, the amount will remain property of Sponsor and will be deducted from your customer account. If you have been issued a prize that does not belong to you, the value of the mistakenly issued prize will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event of an incorrect crediting, you are obliged to notify customer support at support@myprize.com. Sponsor, at all times, reserves the right to deduct Sweeps Cash from your account or otherwise charge or adjust your account to correct errors.

It is your responsibility to retain copies of transaction records and these Rules as updated from time to time.

**9. Publicity**

Except where prohibited by law, by accepting a Prize, the winner hereby grants Sponsor and its representatives an irrevocable, perpetual, worldwide, royalty-free, non-exclusive and sub-licensable right and license to use, distribute, and publicly display the winner's name, the contents of any posts, and information about the Prize award, in any way, at any time, in any and all media, including without limitation, for use in advertising and marketing, without any additional approval or consideration. By accepting a Prize, the winner represents and warrants that he or she has the right to grant the foregoing license.

**10. Damages and Disqualification**

Sponsor may actively seek damages from any person acting in bad faith to undermine the legitimate function of the Sweepstakes to the fullest extent permitted by law. You may be disqualified from the Sweepstakes if you violate these Official Rules or our Terms or Use.

Sponsor reserves the right to cancel, suspend, and/or modify the Sweepstakes or these Official Rules, or any part thereof, with immediate effect owing to circumstances outside its reasonable control, including any fraud or technical failures, as determined by Sponsor in its sole discretion.

Sponsor reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Sweepstakes or to be acting in violation of these Official Rules or in a disruptive manner. Any attempt by any person to deliberately undermine the legitimate operation of the Sweepstakes may be a violation of criminal and civil law and, should such an attempt be made, Sponsor reserves the right to seek damages from any such person to the fullest extent permitted by law. Sponsor's failure to enforce any term of these Official Rules shall not constitute a waiver of that provision. In all other cases, Sponsor reserves the right to cancel, suspend, and/or modify the Sweepstakes. Any notice regarding cancellation, suspension, and/or modification will be posted on the Website.

**11. Entry Conditions and Release**

By Participating, each participant agrees to:

(a) comply with and be bound by:

i. the Terms of Use, including without limitation, any ethical provisions as set forth in the Terms of Use;

ii. these Official Rules; and

iii. the decisions of the Sponsor which are binding and final .

(b) release and hold harmless the Sponsor/Promoter and its parent, subsidiary, and affiliated companies, the prize suppliers and any other organizations responsible for sponsoring, fulfilling, administering, advertising or promoting the Sweepstakes, and all of their respective past and present officers, directors, employees, agents and representatives (collectively, the **Released Parties**) from and against any and all claims, expenses, and liability, including but not limited to negligence and damages of any kind to persons and property, including but not limited to invasion of privacy (under appropriation, intrusion, public disclosure of private facts, false light in the public eye or other legal theory), defamation, slander, libel, violation of right of publicity, infringement of trademark, copyright or other intellectual property rights, property damage, or death or personal injury arising out of or relating to a Participant's entry, creation of an entry or submission of an entry, participation in the Sweepstakes, acceptance or use or misuse of prizes (including any travel or activity related thereto) and/or the broadcast, and exploitation or use of entry.

**12. General Obligations**

Sponsor reserves the right to cancel, suspend and/or modify the Sweepstakes or these Official Rules, or any part of the Sweepstakes or these Official Rules, with immediate effect owing to circumstances outside its reasonable control and only where circumstances make it unavoidable if any fraud, technical failures or any other factor beyond Sponsor's reasonable control impairs the integrity or proper functioning of the Sweepstakes, as determined by Sponsor in its sole discretion.

Sponsor reserves the right in its sole discretion to disqualify any individual it finds to be tampering with the entry process or the operation of the Sweepstakes or to be acting in violation of these Official Rules or any other promotion or in an unsportsmanlike or disruptive manner.

Any Participant posting or seen to be posting comments on Sponsor's social media pages or elsewhere during the course of the Sweepstakes that are considered bullying, spiteful, or upsetting to other participants or any other user of the Platform, or directly aimed at Sponsor, will have their comments removed and will be disqualified from the sweepstakes. Sponsor reserves the right to alert the operators of any social media sites to any such behavior.

Any attempt by any person to deliberately undermine the legitimate operation of the Sweepstakes may be a violation of criminal and civil law, and, should such an attempt be made, Sponsor reserves the right to seek damages from any such person to the fullest extent permitted by law. Sponsor's failure to enforce any term of these Official Rules shall not constitute a waiver of that provision.

In all other cases, the Sponsor reserves the right to cancel, suspend and/or modify the Sweepstakes. Any notice regarding cancellation, suspension and/or modification will be posted by Sponsor on the Website.

In the event of modifying the sweepstakes, a participant's continued enrollment and/or participation in the sweepstakes constitutes acceptance of the modified terms.

In the event of cancellation, Sponsor reserves the right to select a winner from a random drawing of all non-suspect, eligible entries submitted as of the time of cancellation.

**13. Governing Law**

All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules, the rights and obligations of entrants and the winner, and the rights and obligations of the Sponsor in connection with the Sweepstakes, shall be governed by, and construed in accordance with, the laws of State of Florida, without giving effect to any choice of law or conflict of law rules. Sponsor's failure to enforce any term of these Official Rules shall not constitute a waiver of that or any other provision. If any provision of these Official Rules is held to be invalid or unenforceable, such provision shall be struck, and the remaining provisions shall be enforced.

**14. Privacy**

Any personally identifiable information collected during an entrant's participation in the Sweepstakes will be collected and used by Sponsor and its designees for the administration and

fulfillment of the Sweepstakes and as otherwise described in these Official Rules and Sponsor's Privacy Policy available at www.myprize.us.

**15. Winners List**

For a list of the winners, send an email to legal@myprize.us with "MyPrize US Early Access Sweepstakes Winners List" in the subject line. Requests must be received no later than sixty (60) days after the end of the Sweepstakes Period.

| | | |
|---|---|---|
| V 1.1 | May 29, 2024 | Original MyPrize.US Sweepstakes rules |
| V 1.2 | July 29, 2024 | Revised to clarify AMOE mail-in requirement and include Louisiana as a Restricted Territory. |
| V 1.3 | January 6, 2025 | Revised to clarify redemption policies, and complimentary Sweeps Cash ratio. |