# EXHIBIT A

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330990)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MIRZAYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MY TECHNOLOGY, INC. d/b/a MYPRIZE.US,<br><br>Defendant. | Case No. 3:25-cv-07313-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF RAYMOND MIRZAYAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>Date: March 5, 2026<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Floor |

1
DECLARATION OF RAYMOND MIRZAYAN

I, RAYMOND MIRZAYAN, state and declare as follows:

1. I am over the age of 18 and I have personal knowledge of the matters stated herein. If called and sworn as a witness, I could and would testify truthfully and competently thereto. I am a resident of La Cañada Flintridge, California.

2. I am the named plaintiff in this putative class action lawsuit and submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration.

3. When I signed up for a MyPrize account, I was not presented with MyPrize's Terms of Use, and I did not review any Terms of Use during registration.

4. To create a MyPrize account, I selected the "Continue with Google" option and was automatically redirected to a separate Google sign in to complete the registration process.

5. When registering, I never clicked the "Terms of Use" hyperlink on MyPrize's platform, and I have never viewed or read MyPrize's Terms of Use.

6. When I created my account, the registration page displayed a prechecked checkbox at the bottom of the screen. I never clicked on this checkbox or take any action to check it.

7. I was never provided any copy of the Terms of Use. At no time was I aware of MyPrize's Terms of Use and Arbitration Agreement therein.

8. I have never agreed and do not agree to arbitrate my claims with MyPrize.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 23, 2026        By: _____
                                    RAYMOND MIRZAYAN