UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND MIRZAYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MY TECHNOLOGY, INC., d/b/a MYPRIZE. US,<br><br>Defendant. | Case No. 3:25-cv-07313-JSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION** |

1  The Court, having considered the "JOINT STIPULATION OF PARTIES TO STAY THE ACTION PENDING ARBITRABILITY ISSUES" filed on February 6, 2026 by Plaintiff Raymond Mirzayan ("Plaintiff") and Defendant My Technology, Inc. d/b/a MyPrize.US ("Defendant"), and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is GRANTED.
2. This action is STAYED in its entirety pursuant to Section 3 of the Federal Arbitration Act pending completion of the arbitration proceedings referenced in the Parties' stipulation.
3. Defendant's Motion to Compel Arbitration, filed on November 24, 2025 (Dkt. No. 17), is TAKEN OFF CALENDAR WITHOUT PREJUDICE. No ruling on the merits of the motion is made.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge